THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Demetreus
 Alexander Lewis, Appellant.
 
 
 

Appeal From Richland County
 James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-236
Submitted May 1, 2009  Filed May 28, 2009 
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Demetreus
 Alexander Lewis appeals his guilty pleas and sentences for unlawful carrying of
 a pistol, possession with intent to distribute marijuana, possession with
 intent to distribute marijuana within proximity of a school or park, possession
 of a stolen pistol, kidnapping, and armed robbery, arguing the plea court
 failed to comply with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969).  After a
 thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.